■ In the Matter of WALTER P. REUTHER, as President of International Union, United Automobile, Aircraft and Agricultural Implement Workers of

America, U. A. W., AFL–CIO, Respondent, against MICHAEL GORDON, Individually and as President of Local 199, U. A. W.–I. W. of A. T. aff. C. U. A., Also Known as United Auto Workers, C. U. A., et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and McNally, JJ.